1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Shannon C. Strnad

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12  SHANNON C. STRNAD,           ) Case No.: ED CV 11-32 (PJW)
                                 )
13            Plaintiff,         ) /~~PROPOSED~~/ ORDER OF
                                 ) DISMISSAL
14       vs.                     )
                                 )
15  MICHAEL J. ASTRUE,           )
    Commissioner of Social Security, )
16                               )
              Defendant.         )
17  _____ )

18
        The above captioned matter is dismissed without prejudice, each party to
19
    bear its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21
    DATE:  August 22, 2011
22                                    _____
                                      THE HONORABLE PATRICK J. WALSH
23                                    UNITED STATES MAGISTRATE JUDGE

24

25

26

-1-

1 | DATE: August 17, 2011      Respectfully submitted,

2                                        LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ Steven G. Rosales

3                            BY: _____

                                       Steven G. Rosales

4                                        Attorney for plaintiff Shannon C. Strnad

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-